JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURYN MASSARI and AZIZA SALAMEH, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>NESTED BEAN, INC.,<br><br>            Defendant. | Case No. 8:24-cv-01225-FWS-KES<br><br>*Assigned to District Judge Fred W. Slaughter and Magistrate Judge Karen E. Scott*<br><br>**ORDER GRANTING STIPULATION TO TRANSFER ACTION TO THE U.S. DISTRICT COURT OF MASSACHUSETTS [13]** |

///

///

///

## ORDER

Having reviewed and considered the Stipulation to Transfer Action to the United States District Court of Massachusetts [13] ("Stipulation"), the files and records of the case, the applicable law, and good cause appearing, the court **FINDS** and **ORDERS** the following:

1. The United States District Court for the District of Massachusetts is a venue to which all parties have consented.

2. Transferring this action to the United States District Court for the District of Massachusetts is in the interest of justice and will further the convenience of the parties and witnesses, as it will avoid the time and expense associated with litigating multiple putative class actions involving the same products and claims in two separate venues, and it will eliminate the possibility of conflicting rulings binding the same putative class members.

3. The court accordingly finds that transfer of this action satisfies 28 U.S.C. § 1404(a) and **APPROVES** the parties' stipulation to transfer venue of this action to the United States District Court for the District of Massachusetts. The Clerk of the Court is respectfully directed to transfer this action to the United States District Court for the District of Massachusetts.

**IT IS SO ORDERED.**

Dated: July 31, 2024

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE